**EXHIBIT 2**



# Report

November 27, 2019

**TO:**

**Supervisor:** Anthony Barwick (abarwick@centralstate.edu)
**Appointing Authority:** Board of Trustees c/o Mark Hatcher, Esq. (mhatcher@bakerlaw.com) and Larry Macon Jr., Esq. (copastor@mtzionoakwood.org)
**President:** Dr. Cynthia Jackson-Hammond (chammond@centralstate.edu)
**Dean:** Dr. Alton Johnson (ajohnson@centralstate.edu)
**Associate Director of Extension:** Anthony Barwick (abarwick@centralstate.edu)
**General Counsel:** Laura Wilson, Esq. (lwilson@centralstate.edu)
**Human Resources:** Tonya Turner (tturner@centralstate.edu)
Central State University
1400 Brush Row Road
P. O. Box 1004
Wilberforce, OH 45384-1004

**FROM:**

Ambrose Moses III, Esq.(amoses@centralstate.edu)
Cuyahoga County Educator
Central State University Extension
12200 Fairhill Road, E-Building
Cleveland, OH 44120

**RE:** Noncompliance with State and Federal Law:
Residency Requirements Prohibited in Ohio and Could have Racially Discriminatory Disparate Impact Upon African-Americans

I hereby submit and otherwise file this written report pursuant to R.C. §124.341.

On November 6, 2019, I, as a Central State University employee, received a notification about job postings, including, but not limited to, for Regional Extension Associate. There are four (4) Regional Extension Associate positions posted. As of November 26, 2019, each of the Regional Extension Associate job postings contains a residency requirment that is prohibited by Ohio law.

Exhibit 2 - Page 1 of 10

Specifically, each of the Regional Extension Associate positions **contains a residency requirement** as a minimum qualification that is prohibited by Ohio statutory law and Ohio Supreme Court case law:

> **Position:** Regional Extension Associate-Southwest
> **Minimum Qualifications:** "• Upon hire must reside in the Southwest Region."
> **Job Summary:** "Southwest Region includes the following Counties: Adams Brown, Butler, Clermont, Clinton, Darke, Fayette, Franklin, Greene, Hamilton, Highland, Miami, Mercer, Montgomery Pickaway, Preble, Ross, Shelby and Warren."
>
> **Position:** Regional Extension Associate-Southeast
> **Minimum Qualifications:** "• Upon hire must reside in the Southeast Region."
> **Job Summary:** "Southeast Region includes the following Counties: Athens, Belmont, Gallia, Guernsey, Jackson, Lawrence, Meigs, Monroe, Morgan, Muskingum, Noble, Perry, Pike, Scioto, Washington, and Vinton."
>
> **Position:** Regional Extension Associate, Northwest
> **Minimum Qualifications:** "• Upon hire must reside in the Northwest Region."
> **Job Summary:** "Northwest Region includes the following Counties: Crawford, Hardin, Lucas, Marion, Wood, Wyandot, Allen, and Auglaize"
>
> **Position:** Regional Extension Associate, Northeast
> **Minimum Qualifications:** "• Upon hire must reside in the Northeast Region."
> **Job Summary:** "Northeast Region includes the following Counties: Ashtabula, Carroll, Columbiana, Cuyahoga, Geauga, Harrison, Jefferson, Lake, Mahoning, Portage, Stark, Trumbull, Tuscarawas,"

Ohio law prohibits the imposition of Residency Requirements upon higher education employees and certain other employees.

- R.C. §9.481 Residency requirements prohibited for certain employees.
- R.C. §124.70 No residency requirement for higher education employees.
- The Ohio Supreme Court, in Lima v State, 2009-Ohio-2597, held that a state law *prohibiting* general residency requirements for public employees is valid and supersedes local laws to the contrary.

According to the Ohio Development Services Agency, in Ohio, "nearly four out of every ten African Americans in the state live in the cities of Cincinnati, Cleveland, or Columbus." The impact of the residency requirement could also disproportionately eliminate African American Ohio residents from competing for a majority of the restricted positions, in violation of state and federal civil rights laws.

Respectfully submitted,

*[signature]*

Ambrose Moses III, Esq
Cuyahoga County Educator
Central State University Extension

- Page2

Exhibit 2 - Page 2 of 10

# Regional Extension Associate-Southwest

## Posting Details

Posting Details

| | |
|---|---|
| **Posting Number** | 0800973 |
| **Classification Title** | Regional Extension Associate-Southwest |
| **Working Title** | |
| **Department** | 1890 Land Grant Extension |
| **Job Summary/Basic Function** | Southwest Region includes the following Counties: Adams Brown, Butler, Clermont, Clinton, Darke, Fayette, Franklin, Greene, Hamilton, Highland, Miami, Mercer, Montgomery Pickaway, Preble, Ross, Shelby and Warren.<br>Job Summary:<br>The Regional Extension Associate will lead an effective work team of CSU Extension educators in the assigned region to deliver high quality educational programs designed to meet the needs across the region. This position will assist in hiring training and supporting the regional team. The Regional Extension Associate will report to the Operations and Program Manager.<br>Essential Duties and Responsibilities:<br>• Must reside in the region of assignment.<br>• Work with Program Leaders to manage day to day activities of program staff with in the region.<br>• Oversee implementation and evaluation of all programming in assigned multi-county region.<br>• Oversee professional development of regional team, ensuring the team has the resources and expertise needed to effectively carry out their job duties.<br>• Oversee and coordinate the development and implementation of partner level agreements in the region.<br>• Analyze programmatic data and financial Information to determine ways to better focus resources for effectively and efficiently reaching the regional communities and residents<br>• Manage and monitor data and budget for projects and programs.<br>Program Development and Implementation<br>• Develop strategies and facilitate the regional implementation of train-the-trainer and or programming opportunities for regional organizations.<br>• Conduct programming in area of expertise delivering evidence-based programs in a community setting.<br>• Maintain a sound understanding of and familiarity with the key regional partners and stakeholders.<br>Communications and Community Partnerships<br>• Serve as the official liaison of cooperative efforts with other institutions agencies and organizations in the region.<br>•Lead positive communications and ongoing updates internally and externally with all stakeholders regionally.<br>• Coordinate and facilitate meetings with staff, stakeholders and partners.<br>• Develop community advisory boards. Lead the quarterly meetings.<br>• Develop relationships with local county OSU Extension offices to determine joint programs and projects.<br>• Cultivate new partnerships and maintain professional relationships to further Extension programming to improve the lives of individuals and families within the region in both rural and urban communities.<br>• Understand the needs of culturally and economically diverse audiences.<br>• Prepare timely reports of programmatic activities and success stories in the region.<br>• Other responsibilities assigned as needed |
| **Minimum Qualifications** | Minimum Qualifications<br>• Master's degree in education, communications, agriculture, community development health, nutrition, family relationships, youth development or a closely related discipline.<br>• Experience with program development and management.<br>• Ability to communicate clear work direction and broad understanding of programming priorities.<br>• Ability to work effectively in an environment that combines independent action and teamwork with colleagues and external organizations.<br>• Ability to build effective work teams and manage conflict.<br>• Respectful, professional communication style both oral and in written.<br>• Organizational and time management skills with attention to detail.<br>• Computer skills: Able to effectively use Microsoft Office Suite of software programs.<br>• Ability to plan and maintain a flexible work schedule, including evening and weekend work to meet time demands and/or special needs of program management.<br>• Valid driver's license, reliable vehicle with required liability insurance, to be utilized for frequent travel.<br>• Must be able to lift 25 pounds.<br>• Upon hire must reside in the Southwest Region. |
| **Preferred Qualifications** | Preferred Qualifications<br>• 1-3 years of experience in teaching, community organizing, community and/or community education.<br>• Direct experience in grants management and administration.<br>• Ability to oversee the compliance of budgetary requirements and financial policies and procedures. |
| **Posting Date** | 11/06/2019 |

| | |
|---|---|
| Closing Date | 12/20/2019 |
| Open Until Filled | No |
| Special Instructions to Applicants | Three Letters of Recommendation and Official Transcripts are required. A Letter of Recommendation request will be sent to your references if you are selected for interview. Please ensure you provide your references' name and email address where indicated on the application. Send Official Transcripts to: Central State University Attn: Michelle Smith PO Box 1004 1400 Brush Row Road Wilberforce, OH 45384 For questions or general inquiries, email Michelle Smith at msmith2@centralstate.edu. |
| Position Category | Staff - Monthly (Exempt) |

## Supplemental Questions

Required fields are indicated with an asterisk (*).

1. * What is the highest degree you hold?
   - Doctorate
   - Completed all Doctorate coursework, but has not completed dissertation
   - Master's Degree
   - Bachelor's Degree
   - Assoicate's Degree
   - High School Diploma or GED

2. * Do you have a valid Driver's License?
   - Yes
   - No

## Required Documents

### Required Documents

1. Resume
2. Cover Letter
3. Unofficial Transcripts

### Optional Documents

1. Curriculum Vitae

# Regional Extension Associate-Southeast

## Posting Details

Posting Details

| | |
|---|---|
| **Posting Number** | 0800975 |
| **Classification Title** | Regional Extension Associate-Southeast |
| **Working Title** | |
| **Department** | 1890 Land Grant Extension |
| **Job Summary/Basic Function** | Southeast Region includes the following Counties: Athens, Belmont, Gallia, Guernsey, Jackson, Lawrence, Meigs, Monroe, Morgan, Muskingum, Noble, Perry, Pike, Scioto, Washington, and Vinton.<br>Job Summary:<br>The Regional Extension Associate will lead an effective work team of CSU Extension educators in the assigned region to deliver high quality educational programs designed to meet the needs across the region. This position will assist in hiring training and supporting the regional team. The Regional Extension Associate will report to the Operations and Program Manager.<br>Essential Duties and Responsibilities:<br>• Must reside in the region of assignment.<br>• Work with Program Leaders to manage day to day activities of program staff with in the region.<br>• Oversee implementation and evaluation of all programming in assigned multi-county region.<br>• Oversee professional development of regional team, ensuring the team has the resources and expertise needed to effectively carry out their job duties.<br>• Oversee and coordinate the development and implementation of partner level agreements in the region.<br>• Analyze programmatic data and financial information to determine ways to better focus resources for effectively and efficiently reaching the regional communities and residents<br>• Manage and monitor data and budget for projects and programs.<br>Program Development and Implementation<br>• Develop strategies and facilitate the regional implementation of train-the-trainer and or programming opportunities for regional organizations.<br>• Conduct programming in area of expertise delivering evidence-based programs in a community setting.<br>• Maintain a sound understanding of and familiarity with the key regional partners and stakeholders.<br>Communications and Community Partnerships<br>• Serve as the official liaison of cooperative efforts with other institutions agencies and organizations in the region.<br>•Lead positive communications and ongoing updates internally and externally with all stakeholders regionally.<br>• Coordinate and facilitate meetings with staff, stakeholders and partners.<br>• Develop community advisory boards. Lead the quarterly meetings.<br>• Develop relationships with local county OSU Extension offices to determine joint programs and projects.<br>• Cultivate new partnerships and maintain professional relationships to further Extension programming to improve the lives of individuals and families within the region in both rural and urban communities.<br>• Understand the needs of culturally and economically diverse audiences.<br>• Prepare timely reports of programmatic activities and success stories in the region.<br>• Other responsibilities assigned as needed |
| **Minimum Qualifications** | Required Qualifications<br>• Master's degree in education, communications, agriculture, community development health, nutrition, family relationships, youth development or a closely related discipline.<br>• Experience with program development and management.<br>• Ability to communicate clear work direction and broad understanding of programming priorities.<br>• Ability to work effectively in an environment that combines independent action and teamwork with colleagues and external organizations.<br>• Ability to build effective work teams and manage conflict.<br>• Respectful, professional communication style both oral and in written.<br>• Organizational and time management skills with attention to detail.<br>• Computer skills: Able to effectively use Microsoft Office Suite of software programs.<br>• Ability to plan and maintain a flexible work schedule, including evening and weekend work to meet time demands and/or special needs of program management.<br>• Valid driver's license, reliable vehicle with required liability insurance, to be utilized for frequent travel.<br>• Must be able to lift 25 pounds.<br>• Upon hire must reside in the Southeast Region. |
| **Preferred Qualifications** | Preferred Qualifications<br>•1-3 years of experience in teaching, community organizing, community and/or community education.<br>• Direct experience in grants management and administration.<br>• Ability to oversee the compliance of budgetary requirements and financial policies and procedures. |
| **Posting Date** | 11/06/2019 |

| Closing Date | 12/20/2019 |
|---|---|
| Open Until Filled | No |
| Special Instructions to Applicants | Three Letters of Recommendation and Official Transcripts are required. A Letter of Recommendation request will be sent to your references if you are selected for interview. Please ensure you provide your references' name and email address where indicated on the application. Send Official Transcripts to:<br>Central State University<br>Attn: Michelle Smith<br>PO Box 1004<br>1400 Brush Row Road<br>Wilberforce, OH 45384<br>For questions or general inquiries, email Michelle Smith at msmith2@centralstate.edu. |
| Position Category | Staff - Monthly (Exempt) |

## Supplemental Questions

Required fields are indicated with an asterisk (*).

1. * Do you have a valid Driver's License?
   - Yes
   - No

2. * What is the highest degree you hold?
   - Doctorate
   - Completed all Doctorate coursework, but has not completed dissertation
   - Master's Degree
   - Bachelor's Degree
   - Assoicate's Degree
   - High School Diploma or GED

## Required Documents

### Required Documents

1. Resume
2. Cover Letter
3. Unofficial Transcripts

### Optional Documents

1. Curriculum Vitae

# Regional Extension Associate, Northwest

## Posting Details

Posting Details

| | |
|---|---|
| **Posting Number** | 0800976 |
| **Classification Title** | Regional Extension Associate, Northwest |
| **Working Title** | |
| **Department** | 1890 Land Grant Extension |
| **Job Summary/Basic Function** | Northwest Region includes the following Counties: Crawford, Hardin, Lucas, Marion, Wood, Wyandot, Allen, and Auglaize<br>Job Summary:<br>The Regional Extension Associate will lead an effective work team of CSU Extension educators in the assigned region to deliver high quality educational programs designed to meet the needs across the region. This position will assist in hiring training and supporting the regional team. The Regional Extension Associate will report to the Operations and Program Manager.<br>Essential Duties and Responsibilities:<br>• Must reside in the region of assignment.<br>• Work with Program Leaders to manage day to day activities of program staff with in the region.<br>• Oversee implementation and evaluation of all programming in assigned multi-county region.<br>• Oversee professional development of regional team, ensuring the team has the resources and expertise needed to effectively carry out their job duties.<br>• Oversee and coordinate the development and implementation of partner level agreements in the region.<br>• Analyze programmatic data and financial information to determine ways to better focus resources for effectively and efficiently reaching the regional communities and residents<br>• Manage and monitor data and budget for projects and programs.<br>Program Development and Implementation<br>• Develop strategies and facilitate the regional implementation of train-the-trainer and or programming opportunities for regional organizations.<br>• Conduct programming in area of expertise delivering evidence-based programs in a community setting.<br>• Maintain a sound understanding of and familiarity with the key regional partners and stakeholders.<br>Communications and Community Partnerships<br>• Serve as the official liaison of cooperative efforts with other institutions agencies and organizations in the region.<br>• Lead positive communications and ongoing updates internally and externally with all stakeholders regionally.<br>• Coordinate and facilitate meetings with staff, stakeholders and partners.<br>• Develop community advisory boards. Lead the quarterly meetings.<br>• Develop relationships with local county OSU Extension offices to determine joint programs and projects.<br>• Cultivate new partnerships and maintain professional relationships to further Extension programming to improve the lives of individuals and families within the region in both rural and urban communities..<br>• Understand the needs of culturally and economically diverse audiences.<br>• Prepare timely reports of programmatic activities and success stories in the region.<br>• Other responsibilities assigned as needed |
| **Minimum Qualifications** | Required Qualifications<br>• Master's degree in education, communications, agriculture, community development health, nutrition, family relationships, youth development or a closely related discipline.<br>• Experience with program development and management.<br>• Ability to communicate clear work direction and broad understanding of programming priorities.<br>• Ability to work effectively in an environment that combines independent action and teamwork with colleagues and external organizations.<br>• Ability to build effective work teams and manage conflict.<br>• Respectful, professional communication style both oral and in written.<br>• Organizational and time management skills with attention to detail.<br>• Computer skills: Able to effectively use Microsoft Office Suite of software programs.<br>• Ability to plan and maintain a flexible work schedule, including evening and weekend work to meet time demands and/or special needs of program management.<br>• Valid driver's license, reliable vehicle with required liability insurance, to be utilized for frequent travel.<br>• Must be able to lift 25 pounds.<br>• Upon hire must reside in the Northwest Region. |
| **Preferred Qualifications** | Preferred Qualifications<br>• 1-3 years of experience in teaching, community organizing, community and/or community education.<br>• Direct experience in grants management and administration.<br>• Ability to oversee the compliance of budgetary requirements and financial policies and procedures. |
| **Posting Date** | 11/06/2019 |

| | |
|---|---|
| **Closing Date** | 12/20/2019 |
| **Open Until Filled** | No |
| **Special Instructions to Applicants** | Three Letters of Recommendation and Official Transcripts are required. A Letter of Recommendation request will be sent to your references if you are selected for interview. Please ensure you provide your references' name and email address where indicated on the application. Send Official Transcripts to:<br>Central State University<br>Attn: Michelle Smith<br>PO Box 1004<br>1400 Brush Row Road<br>Wilberforce, OH 45384<br>For questions or general inquiries, email Michelle Smith at msmith2@centralstate.edu. |
| **Position Category** | Staff - Monthly (Exempt) |

## Supplemental Questions

Required fields are indicated with an asterisk (*).

1. * What is the highest degree you hold?

    - Doctorate
    - Completed all Doctorate coursework, but has not completed dissertation
    - Master's Degree
    - Bachelor's Degree
    - Assoicate's Degree
    - High School Diploma or GED

2. * Do you have a valid Driver's License?

    - Yes
    - No

## Required Documents

### Required Documents

1. Resume
2. Cover Letter
3. Unofficial Transcripts

### Optional Documents

1. Curriculum Vitae

# Regional Extension Associate, Northeast

## Posting Details

Posting Details

| | |
|---|---|
| **Posting Number** | 0800974 |
| **Classification Title** | Regional Extension Associate, Northeast |
| **Working Title** | |
| **Department** | 1890 Land Grant Extension |
| **Job Summary/Basic Function** | Northeast Region includes the following Counties: Ashtabula, Carroll, Columbiana, Cuyahoga, Geauga, Harrison, Jefferson, Lake, Mahoning, Portage, Stark, Trumbull, Tuscarawas,<br>Job Summary:<br>The Regional Extension Associate will lead an effective work team of CSU Extension educators in the assigned region to deliver high quality educational programs designed to meet the needs across the region. This position will assist in hiring training and supporting the regional team. The Regional Extension Associate will report to the Operations and Program Manager.<br>Essential Duties and Responsibilities:<br>• Must reside in the region of assignment.<br>• Work with Program Leaders to manage day to day activities of program staff with in the region.<br>• Oversee implementation and evaluation of all programming in assigned multi-county region.<br>• Oversee professional development of regional team, ensuring the team has the resources and expertise needed to effectively carry out their job duties.<br>• Oversee and coordinate the development and implementation of partner level agreements in the region.<br>• Analyze programmatic data and financial information to determine ways to better focus resources for effectively and efficiently reaching the regional communities and residents<br>• Manage and monitor data and budget for projects and programs.<br>Program Development and Implementation<br>• Develop strategies and facilitate the regional implementation of train-the-trainer and or programming opportunities for regional organizations.<br>• Conduct programming in area of expertise delivering evidence-based programs in a community setting.<br>• Maintain a sound understanding of and familiarity with the key regional partners and stakeholders.<br>Communications and Community Partnerships<br>• Serve as the official liaison of cooperative efforts with other institutions agencies and organizations in the region.<br>• Lead positive communications and ongoing updates internally and externally with all stakeholders regionally.<br>• Coordinate and facilitate meetings with staff, stakeholders and partners.<br>• Develop community advisory boards. Lead the quarterly meetings.<br>• Develop relationships with local county OSU Extension offices to determine joint programs and projects.<br>• Cultivate new partnerships and maintain professional relationships to further Extension programming to improve the lives of individuals and families within the region in both rural and urban communities.<br>• Understand the needs of culturally and economically diverse audiences.<br>• Prepare timely reports of programmatic activities and success stories in the region.<br>• Other responsibilities assigned as needed |
| **Minimum Qualifications** | Required Qualifications<br>• Master's degree in education, communications, agriculture, community development health, nutrition, family relationships, youth development or a closely related discipline.<br>• Experience with program development and management.<br>• Ability to communicate clear work direction and broad understanding of programming priorities.<br>• Ability to work effectively in an environment that combines independent action and teamwork with colleagues and external organizations.<br>• Ability to build effective work teams and manage conflict.<br>• Respectful, professional communication style both oral and in written.<br>• Organizational and time management skills with attention to detail.<br>• Computer skills: Able to effectively use Microsoft Office Suite of software programs.<br>• Ability to plan and maintain a flexible work schedule, including evening and weekend work to meet time demands and/or special needs of program management.<br>• Valid driver's license, reliable vehicle with required liability insurance, to be utilized for frequent travel.<br>• Must be able to lift 25 pounds.<br>• Upon hire must reside in the Northeast Region. |
| **Preferred Qualifications** | Preferred Qualifications<br>• 1-3 years of experience in teaching, community organizing, community and/or community education.<br>• Direct experience in grants management and administration.<br>• Ability to oversee the compliance of budgetary requirements and financial policies and procedures. |
| **Posting Date** | 11/06/2019 |

| Closing Date | 12/20/2019 |
| --- | --- |
| Open Until Filled | No |
| Special Instructions to Applicants | Three Letters of Recommendation and Official Transcripts are required. A Letter of Recommendation request will be sent to your references if you are selected for interview. Please ensure you provide your references' name and email address where indicated on the application. Send Official Transcripts to: Central State University Attn: Michelle Smith PO Box 1004 1400 Brush Row Road Wilberforce, OH 45384 For questions or general inquiries, email Michelle Smith at msmith2@centralstate.edu. |
| Position Category | Staff - Monthly (Exempt) |

## Supplemental Questions

Required fields are indicated with an asterisk (*).

1. * What is the highest degree you hold?

   - Doctorate
   - Completed all Doctorate coursework, but has not completed dissertation
   - Master's Degree
   - Bachelor's Degree
   - Assoicate's Degree
   - High School Diploma or GED

2. * Do you have a valid Driver's License?

   - Yes
   - No

## Required Documents

### Required Documents

1. Resume
2. Cover Letter
3. Unofficial Transcripts

### Optional Documents

1. Curriculum Vitae