10/7/23, 10:20 AM
Re: In preparation for our meeting this afternoon - Ambrose Moses III - Outlook
Case: 2:24-cv-03130-ALM-CMV Doc #: 1-4 Filed: 06/07/24 Page: 1 of 2 PAGEID #: 63



**Re: In preparation for our meeting this afternoon**

Ambrose Moses III <amoses@centralstate.edu>
Wed 10/4/2023 4:11 PM
To: Morakinyo Kuti <mkuti@centralstate.edu>
Bcc: Amber Twitty <atwitty@centralstate.edu>

Good afternoon, Dr. Kuti:

I am writing to follow up again regarding our meeting on December 9, 2022 where we discussed the issues I have faced and documented related to discriminatory practices, retaliation, and an unfair hiring process within CSU's Land-Grant programs.

It has now been over 9 months since that meeting and I have not received any update from you or anyone else in university mangement or leadership, despite sending a follow-up email on February 9, 2023 that went unanswered. There continues to be discrimination, retaliation for reporting unlawful activities and problems, and a hostile work environment. I have not seen any noticeable changes or improvements over these past several months.

Given that it has been over 9 months without any response or resolution, I feel it necessary to again formally escalate my complaints through external channels. The workplace culture remains toxic and I fear continued, unabated, retaliation if I continue to solely raise my well-documented concerns internally. There appears to be no formal complaint process with responsible parties to objectively investigate, evaluate, and resolve such matters in a timely manner.

Could you please provide an update on if there have been any actions taken or changes made in response to the substantial documentation I provided showing noncompliance with state and federal laws? That information represented just a sample of the systemic unlawful and unethical activities occurring within Land-Grant programs. There are additional wrongful actions that have occurred since December 2022, some of which result in a pattern of reducing and effectively denying cooperative extension services to Black communities with identified needs.

Being treated like this is bad enough, but for it to be done by an HBCU is even more egregious. While it is harmful to me personally and professionally, it is also harmful to the residents of Ohio. I am a committed servant-leader who cares about the residents of Ohio. The residents of Ohio, including, unapologetically, the Black residents and their communities, deserve the full level of insightful, forward-thinking, and professional cooperative extension services like that which I shared with you, Dr. Folck, and Mr. Rendleman via email on July 13, 2023. That level of needed cooperative extension service is being denied to our Black communities. I, along with other professional and culturally aware colleagues here at CSU, are being systematically denied the resources and opportunities to serve at the advanced and skilled level that is needed, requested, and appreciated by the Black communities across Ohio. The harm inflicted upon us is a harm inflicted upon the community in general, and the Black community in specific.

I welcome any insights you can provide on steps taken over the past 9 months and would appreciate a response. Please let me know if you need any clarification or have questions. I look forward to hearing back from you.

Sincerely,

Ambrose Moses III

**Ambrose Moses III, Esq.**
*Extension Educator*
*Community & Economic Development*
**Central State University Extension**
E.J. Emery Hall | 1400 Brush Row Road | Wilberforce, OH 45384

**amoses@CentralState.edu**| www.CentralState.edu/csuextension

---

**From:** Ambrose Moses III <amoses@centralstate.edu>
**Sent:** Thursday, February 9, 2023 10:31 AM
**To:** Morakinyo Kuti <mkuti@centralstate.edu>
**Subject:** Re: In preparation for our meeting this afternoon

Good morning, Dr. Kuti:

I wanted to follow-up you from our meeting on December 9, 2022. You were going to review the document and information that I shared with you and we were to look at next steps after the holiday break.

Could you let me know where the matter is and next steps? Thank you.

Ambrose

**Ambrose Moses III, Esq.**

*Extension Educator*
*Community & Economic Development*
**Central State University Extension**
E.J. Emery Hall | 1400 Brush Row Road | Wilberforce, OH 45384

**amoses@CentralState.edu**| www.CentralState.edu/csuextension

---

**From:** Ambrose Moses III
**Sent:** Friday, December 9, 2022 1:15 PM
**To:** Morakinyo Kuti <mkuti@centralstate.edu>
**Subject:** In preparation for our meeting this afternoon

Good afternoon, Dr. Kuti:

In preparation for our quick meeting scheduled for this afternoon at 3 pm, I am writing this email to share some additional context with you concerning the matters set forth in my R.C. 124.341 Reports and the draft Verified Complaint for Declaratory and Injunctive Relief. (See attached.)

First of all, allow me to express and emphasize to you that I do appreciate and thank you for the steps you have taken to, listen to Extension staff, identify some of the problems within Extension, and take some action to address some of those identified problems. Your initial words and subsequent actions were effective in garnering my trust that there was at least one person (i.e. you) in leadership who was listening, understanding, and taking appropriate action to improve conditions and get Extension moving in the right direction.

Because of that trust, I was surprised and disappointed with your November 18th email that contained inaccurate information. The tone of the email seemed contrary to how you had previously communicated with me and others. Quite honestly, I didn't think you had written that email. Because of the inaccurate information, I had to respond to it as I did in my email dated November 22, 2022. I don't know if you were just repeating information you had heard from HR, but it was factually untrue.

The Verified Complaint is attached. While it is now in final draft form, it has not yet been filed. The Verified Complaint sets forth some of the history of wrongful and unlawful practices by University/College/and Extension leadership. I intentionally wrote the Verified Complaint so that you can understand and verify the facts and circumstances contained therein.

You can ask your Land-Grant and CESTA staff to show you the emails and documents that I sent to Dr. Alton Johnson, Dr. Michelle Corley, the HR Directors Tonya Turner and Pam Bowman, Dr. Siddartha Dasgupta, and Anthony Barwick., as a quick way to verify what I have stated in the Verified Complaint.

Your name appears in the Verified Complaint because of the positions of leadership, authority, and responsibility that you occupy. Under the Eleventh Amendment to the U.S. Constitution, States are immune from many lawsuits. As a result, many lawsuits have to be brought against government officials in their individual and official capacities in order for courts to award damages, require actions, or stop other actions. You can check with Laura Wilson or other legal counsel about that.

As you can see from my emails, the Verified Complaint, and an objective investigation, the current hiring process for the CED Program Leader has been tainted. In addition to still being the source of legal action against the University, the tainted hiring process undermines the legitimacy and credibility of the individual hired and the leadership that executed the process.

I look forward to our discussion.

Sincerely,

Ambrose

**Ambrose Moses III, Esq.**
*Extension Educator*
*Community & Economic Development*
**Central State University Extension**
E.J. Emery Hall | 1400 Brush Row Road | Wilberforce, OH 45384

**amoses@CentralState.edu**| www.CentralState.edu/csuextension