IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **AMBROSE MOSES III,** | : | |
| Plaintiff, | : | Case No. 2:24-CV-03130 |
| | | Judge Algenon L. Marbley |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| **CENTRAL STATE UNIVERSITY, et al.,** | : | |
| | : | |
| Defendants. | | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ambrose Moses III hereby voluntarily dismisses this action without prejudice.  No Defendant has filed an answer or a motion for summary judgment in this matter.  Therefore, dismissal without prejudice is appropriate and effective upon filing of this Notice.

Dated this December 9, 2024

**s/ Ambrose Moses III**
**Ambrose Moses III   (0055231)**
Attorney at Law
1900 Polaris Parkway, Suite 450-017
Columbus, Ohio 43240
(614) 418-7898
info@MosesLaw.pro
Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

This will certify that the foregoing Plaintiff's Voluntary Notice of Dismissal Without Prejudice was filed electronically on December 9, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                s/ Ambrose Moses III
                                                **Ambrose Moses III   (0055231)**